# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| U. S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES E. JONES, <br><br> Defendant. | Case No. 5:24-cv-1560 <br><br> JUDGE J. PHILIP CALABRESE <br><br> MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

**DECLARATION OF CAROLE S. RENDON IN SUPPORT OF DEFENDANT CHARLES E. JONES'S MOTION TO DISMISS**

I, Carole S. Rendon, declare as follows:

1. I am an attorney at Baker & Hostetler LLP, and counsel to Defendant Charles E. Jones. I am admitted to practice before this Court.

2. I make this declaration to place before the Court certain materials in the public record that are referenced in the brief in support of Mr. Jones's motion to dismiss.

3. Attached as Exhibit 1 to this Declaration is a transcript of FirstEnergy's July 24, 2020 earnings call. The earnings call is referenced in paragraph 43 of the SEC's complaint. (ECF No. 1 at PageID 13.)

4. Attached as Exhibit 2 to this Declaration is a Law360 article entitled *How Ohio Case May Alter Corruption Law Landscape*. It was authored by Peter Koski and Randall Friedland and published on September 8, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2024.

/s/ Carole S. Rendon
Carole S. Rendon (0070345)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740
Email: crendon@bakerlaw.com

*One of the Attorneys for Defendant Charles E. Jones*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was filed with this Court's electronic filing system on December 2, 2024, which will provide notice to all counsel of record.

                                      */s/ Carole S. Rendon*
                                      *One of the Attorneys for Defendant Charles E. Jones*