**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) | Case No. 5:24-cv-1560 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | |
| v. | ) ) | Magistrate Judge Jennifer Dowdell Armstrong |
| | ) | |
| CHARLES E. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ENTRY**

The Court filed its Opinion and Order in this matter.  Accordingly, the Court

dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  June 27, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio